Doe v. Londonderry School District    CV-95-469-JD  07/18/97  P
                    UNITED STATES DISTRICT COURT FOR THE
                         DISTRICT OF NEW HAMPSHIRE

Jane Doe, et al.

        v.                          Civil No. 95-469-JD

Londonderry School District


                            O R D E R


        Before the court are the plaintiffs' motion for
clarification and/or modification of the court's order dated June
13, 1997 (document no. 29) and motion to reconsider the portion
of the court's order dated June 13, 1997 addressed to the issue
of punitive damages (document no. 30).  Neither motion requires
extensive analysis.

        With respect to the motion for clarification, the court
agrees with the plaintiffs that two changes to the court's prior
order are appropriate.  Accordingly, the court's citation to
sentence two of Part II, paragraph three on page thirty of the
court's order referring to "note 18" is hereby amended to refer
instead to "note 16."  The portion of the next sentence that
currently reads ". . . or for damages she suffered after she
withdrew from LJHS," is hereby amended to read the following:
". . . or for damages caused by harassment which occurred after
she withdrew from LJHS."

With respect to the motion for reconsideration on the issue of the availability under Title IX of punitive damages against a municipal entity, the court finds nothing in the arguments put forward by the plaintiffs that warrants a change of the court's prior order.

Therefore, the plaintiffs' motion for clarification and/or modification of the court's order dated June 13, 1997 (document no. 29) is granted to the extent described herein and the plaintiffs' motion for reconsideration of the portion of the court's order dated June 13, 1997 addressed to the issue of punitive damages (document no. 30) is denied.

SO ORDERED.

_____
Joseph A. DiClerico, Jr.
Chief Judge

July 18, 1997

cc:  Charles G. Douglas, Esquire
     Donald E. Gardner, Esquire